# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1007          **Short Title:** Thompson v. Keliher

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

PATRICK KELIHER, in his official capacity as Commissioner, Maine Department of Marine Resources  as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Valerie A. Wright _____          1/15/2025 _____
Signature                                        Date

Valerie A. Wright _____
Name

Office of the Attorney General _____          (207) 626-8800 _____
Firm Name (if applicable)                        Telephone Number

6 State House Station _____          (207) 626-8812 _____
Address                                          Fax Number

Augusta, ME 04333-0006 _____          Valerie.A.Wright@maine.gov ____
City, State, Zip Code                            Email (required)

Court of Appeals Bar Number: 85283 _____

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).