# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1007       **Short Title:** Thompson v. Keliher

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Frank Thompson _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

_____        January 16, 2024
Signature                                        Date

Caleb Acker
_____
Name

Holtzman Vogel Baran Torchinsky          (540) 341-8808
_____        _____
Firm Name (if applicable)                        Telephone Number

15405 John Marshall Hwy          _____
_____
Address                                        Fax Number

Haymarket, VA 20169          cacker@holtzmanvogel.com
_____        _____
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1214945

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No._____

========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).