# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1007  **Short Title:** Thompson v. Keliher

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Patrick Keliher, in his official capacity as Commissioner, Maine Department of Marine Resources as the

[ ] appellant(s)　　　　　　[✔] appellee(s)　　　　　　[ ] amicus curiae

[ ] petitioner(s)　　　　　　[ ] respondent(s)　　　　　　[ ] intervenor(s)

/s/ Jack Dafoe　　　　　　　　　　　1/16/2025
Signature　　　　　　　　　　　　　　Date

Jack Dafoe
Name

Office of the Maine Attorney General　　(207) 626-8868
Firm Name (if applicable)　　　　　　　　Telephone Number

6 State House Station　　　　　　　　(207) 626-8812
Address　　　　　　　　　　　　　　Fax Number

Augusta, ME 04333-0006　　　　　　jack.dafoe@maine.gov
City, State, Zip Code　　　　　　　　Email (required)

Court of Appeals Bar Number: 1185641

Has this case or any related case previously been on appeal?

[✔] No　　　　[ ] Yes　Court of Appeals No.

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).