# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1007          **Short Title:** Thompson v. Keliher

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Frank Thompson_____ as the

[✔] appellant(s)          [  ] appellee(s)          [  ] amicus curiae

[  ] petitioner(s)          [  ] respondent(s)          [  ] intervenor(s)

| | |
|---|---|
| *Edward M. Wenger* | January 16, 2024 |
| Signature | Date |
| Edward M. Wenger | |
| Name | |
| Holtzman Vogel Baran Torchinsky | (202) 737-8808 |
| Firm Name (if applicable) | Telephone Number |
| 2300 N Street, NW, Ste. 643 | |
| Address | Fax Number |
| Washington, DC 20037 | emwenger@holtzmanvogel.com |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1209692_____

Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).