# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1007     Short Title: Thompson v. Keliher

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

__Frank Thompson__ as the

[✓] appellant(s)        [ ] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

__/s/ Alfred C. Frawley IV__          __January 16, 2025__
Signature                              Date

__Alfred C. Frawley IV__
Name

__McCloskey, Mina, Cunniff & Frawley, LLC__    __(207) 772-6805__
Firm Name (if applicable)                       Telephone Number

__12 City Center__                              __(207) 879-9374__
Address                                         Fax Number

__Portland, Maine 04101__                       __afrawley@lawmmc.com__
City, State, Zip Code                           Email (required)

Court of Appeals Bar Number: __1165439__

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No. _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print        Reset

# CERTIFICATE OF SERVICE

**25-1007**

I hereby certify that on this 24th day of January, 2025, I filed the foregoing Notice of Appearance with the Clerk of the United States Court of Appeals for the First Circuit via the CM/ECF system, which will serve notice of this filing to all counsel of record via ECF.

/s/ Alfred C. Frawley IV
Alfred C. Frawley IV