# United States Court of Appeals
## For the First Circuit

_____

DOCKETING STATEMENT

**No.** 25-1007     **Short Title:** Thompson v. Keliher

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from  November 21, 2024
  2. Date this notice of appeal filed  December 19, 2024
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)  N/A
  4. Date of entry of order deciding above post-judgment motion  N/A
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)  N/A
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits?  [✓] Yes   [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?   [ ] Yes   [ ] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?   [ ] Yes   [ ] No
        If yes, explain _____

C. Has this case previously been appealed?   [ ] Yes   [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?   [ ] Yes   [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☐ Yes ☑ No
   If yes, is transcript already on file with district court? ☐ Yes ☑ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  Patrick Keliher
      Attorney  Valerie A. Wright
      Address  Office of the Maine Attorney General, State House Station Augusta, ME 04333
      Telephone  207-626-8897

   2. Adverse party
      Attorney
      Address
      Telephone

   3. Adverse party
      Attorney
      Address
      Telephone

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  Frank Thompson
      Address  136 Dyers Island Road, Vinalhaven, Maine 04863
      Telephone  (207) 863-2166

      Attorney's name  Alfred C. Frawley IV
      Firm  MCCLOSKY, MINA, CUNNIFF & FRAWLEY LLC
      Address  12 City Center Portland, Maine 04101
      Telephone  (207) 772-6805

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☐ Yes  ☑ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Alfred C. Frawley IV
Date  January 26, 2025

## CERTIFICATE OF SERVICE

**25-1007**

I hereby certify that on this 24th day of January, 2025, I filed the foregoing Docketing Statement with the Clerk of the United States Court of Appeals for the First Circuit via the CM/ECF system, which will serve notice of this filing to all counsel of record via ECF.

/s/     Alfred C. Frawley IV
         Alfred C. Frawley IV