# United States Court of Appeals
## For the First Circuit

No. 25-1007

FRANK THOMPSON,

Plaintiff - Appellant,

JOEL STROUT; JASON LORD; CHRISTOPHER SMITH; JACK CUNNINGHAM,

Plaintiffs,

v.

PATRICK KELIHER, in their official capacity as Commissioner, Maine Department of Marine Resources,

Defendant - Appellee.

**NOTICE**

Issued: February 26, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Sean H. Donahue

The following attorneys will continue to receive notice in this case:

Caleb Acker
Jack Dafoe
Alfred Cecil Frawley IV
Thimi R Mina
Russell B. Pierce Jr.
Edward M. Wenger
Valerie A. Wright

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Jennifer - (617) 748-9885

cc:
Caleb Acker
Jack Dafoe
Sean H. Donahue
Alfred Cecil Frawley IV
Thimi R Mina
Russell B. Pierce Jr.
Edward M. Wenger
Valerie A. Wright