# United States Court of Appeals
## For the First Circuit

_____

No. 25-1007

FRANK THOMPSON,

Plaintiff - Appellant,

JOEL STROUT; JASON LORD; CHRISTOPHER SMITH; JACK CUNNINGHAM,

Plaintiffs,

v.

CARL WILSON, in their official capacity as Acting Commissioner, Maine Department of Marine Resources,

Defendant - Appellee.
_____

**ORDER OF COURT**

Entered: March 28, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief and appendix filed by appellant Frank Thompson on March 24, 2025, are not in compliance with the following Federal Rules of Appellate Procedure and Local Rule of this court:

- **Fed. R. App. P. 32(a)(2)(C) and 32(b)**, requiring that the front cover of the brief and the front cover of the appendix contain the title of the case (see Rule 12(a)). ***The caption on the appellant's brief and appendix does not match the caption used by this court.***

- **1st Cir. R. 28.0(a)(1),** requiring that the appellant include an addendum in the back of its brief, regardless of whether appellant has filed an appendix. The addendum must contain the judgments, decisions, rulings or orders appealed from, including supporting explanation (e.g., a written or transcript opinion), and in addition, where the district court or agency whose decision is under review was itself reviewing or acting upon the decision of a lower-level decision-maker, that lower-level decision as well (e.g., a recommended decision by a magistrate judge or an initial decision by an administrative law judge). ***The appellant's addendum is missing the challenged "Final Judgment" dated November 21, 2024.***

- **1st Cir. R. 25.0(b)(3), and 1st Cir. R. 28.0(b)**, requiring that the entire brief, cover to

cover including the addendum, be filed as a single electronic document. ***The appellant's brief and addendum must be filed as a single PDF document. The brief must not be scanned, and it must be formatted for electronic filing by converting the original word processing document into Portable Document Format ("PDF"). Unlike the brief, the addendum may be scanned and then combined with the native PDF brief to form a single electronic document.***

Appellant Frank Thompson is ordered to file a conforming brief and appendix by **April 4, 2025**. The corrected brief and one copy of the corrected appendix must be served on all parties to the appeal, and the certificate(s) of service must be updated to include the new date of service. The due date for appellee's brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Thimi R Mina
Alfred Cecil Frawley IV
Edward M. Wenger
Caleb Acker
Russell B. Pierce Jr.
Valerie A. Wright
Jack Dafoe