# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1007   **Short Title:** Thompson v. Wilson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Atlantic States Marine Fisheries Commission                              as the

[ ] appellant(s)     [ ] appellee(s)     [✔] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)   [ ] intervenor(s)

Sean H. Donahue  */s/*                  April 24, 2025
Signature                                Date

Sean
Name

Donahue Goldberg & Herzog               202 277-7085
Firm Name (if applicable)                Telephone Number

1008 Pennsylvania Ave. SE
Address                                  Fax Number

Washington, DC 20003                     sean@donahuegoldberg.com
City, State, Zip Code                    Email (required)

Court of Appeals Bar Number: 63960

Has this case or any related case previously been on appeal?

[✔] No       [ ] Yes    Court of Appeals No. _____

===============================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).