# United States Court of Appeals
## For the First Circuit

_____

NOTICE OF APPEARANCE

No.  25-1007     Short Title:   Thompson v. Wilson

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Prof. Alison Rieser, Prof. Annie Brett, Prof. Dave Owen, Prof. Justin Pidot, Prof. Steve Roady   as the

[ ] appellant(s)      [ ] appellee(s)      [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Sommer H. Engels     May 1, 2025
Signature                Date

Sommer H. Engels
Name

Emmett Environmental Law & Policy Clinic, Harvard Law School     617-384-0464
Firm Name (if applicable)                                         Telephone Number

6 Everett Street, Suite 5116
Address                                                           Fax Number

Cambridge, MA 02138                                               sengels@law.harvard.edu
City, State, Zip Code                                             Email (required)

Court of Appeals Bar Number: 1180447

Has this case or any related case previously been on appeal?

[✓] No       [ ] Yes   Court of Appeals No._____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).