# United States Court of Appeals
## For the First Circuit

No. 25-1007

FRANK THOMPSON,

Plaintiff - Appellant,

JOEL STROUT; JASON LORD; CHRISTOPHER SMITH; JACK CUNNINGHAM,

Plaintiffs,

v.

CARL WILSON, in their official capacity as Acting Commissioner, Maine Department of Marine Resources,

Defendant - Appellee.

**ORDER OF COURT**

Entered: May 8, 2025
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellee Carl Wilson on April 30, 2025, is not in compliance with the following Federal Rule of Appellate Procedure:

- **Fed. R. App. P. 32(a)(2)(C)**, requiring that the front cover of the brief contain the title of the case (see Rule 12(a)). <u>***The caption on the appellee's brief does not match the caption used by this court***</u>.

Appellee Carl Wilson is ordered to file a conforming brief by **May 15, 2025**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellant's reply brief shall run from service of the last appellees' brief, in accordance with Fed. R. App. P. 31.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Thimi R Mina
Alfred Cecil Frawley IV
Edward M. Wenger
Caleb Acker
Russell B. Pierce Jr.
Sean H. Donahue
Valerie A. Wright
Jack Dafoe