# United States Court of Appeals
## For the First Circuit

---

No. 25-1007

FRANK THOMPSON,

Plaintiff, Appellant,

JOEL STROUT; JASON LORD; CHRISTOPHER SMITH; JACK CUNNINGHAM,

Plaintiffs,

v.

CARL WILSON, in their official capacity as Commissioner, Maine Department of Marine Resources,

Defendant, Appellee.

---

**ERRATA SHEET**

The opinion of this Court, issued on November 18, 2025, is amended as follows:

On page 3, footnote 1, change the underlined article title to "A Lobsterman is a Lobsterman, Regardless of Gender"

On page 4, line 7, change "Thompsons's" to "Thompson's"

On page 7, line 19, change "lobstermen" to "lobsterman"